# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON LUPERCIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VISALIA POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-01028-LJO-SAB<br><br>ORDER REQUIRING PLAINTIFF TO PAY FILING FEE OR SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>and<br><br>ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED<br><br>THIRTY (30) DAY DEADLINE |

　　　　Plaintiff Ramon Lupercio ("Plaintiff") filed the complaint in the above-captioned matter on July 3, 2013. (ECF No. 1.) However, the Court's records show that Plaintiff has not paid the filing fee in this action and has not filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 without prepayment of the filing fee. Accordingly, the Court will order Plaintiff to pay the $400.00 filing fee or file an application to proceed in forma pauperis **within thirty (30) days** of the date of service of this order. **Plaintiff is forewarned that this action will be dismissed if Plaintiff does not pay the filing fee and does not submit an application to proceed in forma pauperis.**

　　　　Moreover, the Court's records show that the allegations and claims raised in the complaint in this matter are substantially identical to the allegations and claims raised in Ramon Lupercio v. Visalia Police Department, et al., case number 1:10-cv-02314-AWI-GBC filed in

1

this Court on December 13, 2010. Plaintiff's claims in the separate action were dismissed on August 10, 2011 on the ground that Plaintiff's claims appear to be barred pursuant to <u>Heck v. Humphrey</u>, 512 U.S. 477, 487-88 (1994), because Plaintiff was challenging the fact or duration of his conviction and imprisonment. In light of the separate and nearly identical claims, the Court will order Plaintiff to show cause why this action should not be dismissed because it is duplicative of the claims raised in <u>Ramon Lupercio v. Visalia Police Department, et al.</u>, case number 1:10-cv-02314-AWI-GBC.

Based upon the foregoing, it is HEREBY ORDERED that:

1. Plaintiff shall pay the $400.00 filing fee or file an application to proceed <u>in forma pauperis</u> in this action within thirty (30) days; and

2. Plaintiff shall SHOW CAUSE within thirty (30) days of the date of service of this order why this action should not be dismissed as duplicative to the claims raised by Plaintiff in <u>Ramon Lupercio v. Visalia Police Department, et al.</u>, case number 1:10-cv-02314-AWI-GBC.

IT IS SO ORDERED.

Dated: **July 8, 2013**

UNITED STATES MAGISTRATE JUDGE