1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

11

12

13

14

15

16

| | |
|---|---|
| RAMON LUPERCIO, | Case No.  1:13-cv-01028-LJO-SAB |
| Plaintiff, | **AMENDED** ORDER RE MOTIONS |
| v. | ECF NOS. 3, 4 |
| VISALIA POLICE DEPARTMENT, et al., | |
| Defendants. | |

17

**A.      Undeliverable Mail Due To Incorrect Inmate Identification Number**

18    On August 2, 2013, the Court issued an order in response to the motions filed by Plaintiff

19  on July 29, 2013 and July 31, 2013.  (ECF No. 5.)  Plaintiff sought an extension of time to file an

20  application to proceed in forma pauperis and requested other miscellaneous relief.  On August

21  20, 2013, the August 2, 2013 was returned to the Court as undeliverable because Plaintiff's name

22  and his inmate identification number did not match.

23    According to the California Department of Corrections & Rehabilitation's online Inmate

24  Locator, Plaintiff's inmate identification number is V-05419.    Accordingly, the inmate

25  identification number provided by Plaintiff with his complaint (V-05491) appears to be in error.

26  The Court will update its records to reflect Plaintiff's correct inmate identification number.

27  Since Plaintiff did not receive the Court's August 2, 2013 order, the Court will vacate its prior

28  order and the deadlines set therein.

1    **B.    Plaintiff's July 29, 2013 Motion For Extension Of Time To File In Forma Pauperis Application**

2

3    On July 29, 2013, Plaintiff Ramon Lupercio ("Plaintiff") filed a motion seeking a thirty

4    (30) day extension of time to file an application to proceed in forma pauperis in this action.

5    (ECF No. 3.)  Good cause having been presented to the Court and good cause appearing therefor,

6    the Court will grant Plaintiff thirty (30) days from the date of service of this order to file an

7    application to proceed in forma pauperis.

8    Plaintiff **did not** request an extension of time to respond to the Court's order to show

9    cause why this action should not be dismissed because the claims raised in the complaint in this

10   action appear to be identical to the claims raised by Plaintiff and dismissed by the Court in

11   Ramon Lupercio v. Visalia Police Department, et al., case number 1:10-cv-02314-AWI-GBC.

12   According to the Court's records, Plaintiff's response to the order to show cause was due on

13   August 12, 2013.  However, since Plaintiff did not receive the Court's prior order in time and it

14   is unclear if Plaintiff received the order to show cause, the Court will grant Plaintiff thirty (30)

15   days from the date of service of this order to file a response to the Court's order to show cause.

16   **C.    Plaintiff's July 31, 2013 Motion For Miscellaneous Relief**

17   On July 31, 2013, Plaintiff filed a motion seeking various relief.  (ECF No. 4.)  Plaintiff

18   writes that "this motion is to let the court know that it has /60/ more days of ext[e]ntion time, to

19   decide this case...."  Plaintiff further wrote:

20        Sir, Magistrate, the date was of 30-days, for you to de[c]ide of this
          case no .1;13-cv-01028-LJO-SAB[.]  I['] m thinking that you need
21        [] more time.  This is a motion to give you more, the time started
          July-3-2013 the dead line is September /31-/of/2013-/
22        plaintiff a stay.[sic]

23   (Pl.'s Mot. 1.)

24   It is not entirely clear what Plaintiff is requesting.  The Court is not subject to any

25   deadlines in this case and does not require "more time."  Accordingly, Plaintiff's request is

26   denied.

27   Plaintiff's motion also requests that the Court "ask the federal government and F B I to

28   make an investigation of my case...."  (Pl.'s Mot. 2.)  Plaintiff does not cite any authority that

2

1   allows the Court to order the FBI or any other agency to investigate Plaintiff's case and the Court

2   is unaware of any such authority.  Accordingly, Plaintiff's request is denied.

3          Additionally, Plaintiff's motion requests appointment of counsel.  Plaintiff does not have

4   a constitutional right to the appointment of counsel in this action.  Palmer v. Valdez, 560 F.3d

5   965, 970 (9th Cir. 2009); Storseth v. Spellman, 654 F.2d 1349, 1353 (9th Cir. 1981).  The Court

6   may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1), but it will do

7   so only if exceptional circumstances exist.  Palmer, 560 F.3d at 970; Wilborn v. Escalderon, 789

8   F.2d 1328, 1331 (9th Cir. 1986).  In making this determination, the Court must evaluate the

9   likelihood of success on the merits and the ability of Plaintiff to articulate his claims pro se in

10  light of the complexity of the legal issues involved.  Palmer, 560 F.3d at 970 (citation and

11  quotation marks omitted); Wilborn, 789 F.2d at 1331.  Neither consideration is dispositive and

12  they must be viewed together.  Palmer, 560 F.3d at 970 (citation and quotation marks omitted);

13  Wilborn, 789 F.2d at 1331.

14         In the present case, the Court does not find the required exceptional circumstances exist

15  at this time. Even if it is assumed that Plaintiff is not well versed in the law and that he has made

16  serious allegations which, if proved, would entitle him to relief, his case is not exceptional.  The

17  Court is faced with similar cases almost daily.  Accordingly, Plaintiff's request for counsel is

18  denied.

19         Based upon the foregoing, IT IS HEREBY ORDERED that:

20         1.     The Clerk of the Court is directed to update Plaintiff's inmate identification

21                number.  Plaintiff's correct inmate identification number is **V-05419**.

22         2.     The Court's August 2, 2013 order is VACATED;

23         3.     Plaintiff is granted thirty (30) days from the date of service of this order in which

24                to file an application to proceed in forma pauperis;

25         4.     Plaintiff is granted thirty (30) days from the date of service of this order in which

26                to file a response to the Court's order to show cause why this action should not be

27                dismissed because the claims raised in the complaint in this action appear to be

28                identical to the claims raised by Plaintiff and dismissed by the Court in Ramon

1      <u>Lupercio v. Visalia Police Department, et al.</u>, case number 1:10-cv-02314-AWI-

2      GBC.

3      5.      Plaintiff's "motion ...to let the court know that it has /60/ more days of ext[e]ntion

4              time, to decide this case...." is DENIED;

5      6.      Plaintiff's request for an investigation of his case by the FBI or the federal

6              government is DENIED; and

7      7.      Plaintiff's request for appointment of counsel is DENIED.

8

9      IT IS SO ORDERED.

10

11     Dated:    **August 20, 2013**        _____

                                            UNITED STATES MAGISTRATE JUDGE

4