# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON LUPERCIO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VISALIA POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | Case No.  1:13-cv-01028-LJO-SAB<br><br>ORDER DENYING MOTION<br><br>ECF NO. 22 |

On April 16, 2014, Plaintiff Ramon Lupercio ("Plaintiff") filed a "Motion to Appeal the Op[p]ortunity to See All the Def[]endants in a Jury Trial in Court G-Pre-Trial Discovery."  (ECF No. 22.)  The Court construes this motion as a motion requesting reconsideration of the Court's October 31, 2013 order dismissing this action.

Motions to reconsider are committed to the discretion of the trial court.  Barber v. State of Hawai'i, 42 F.3d 1185, 1198 (9th Cir. 1994).  Reconsideration of a judgment "is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law."  School Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc., 5 F.3d 1255, 1263 (9th Cir. 1993).

Plaintiff's motion for reconsideration fails to set forth any grounds that warrant reconsideration.  Plaintiff argues that he has the right to a jury trial against the defendants and

1

describes the facts supporting his claims.  However, Plaintiff does not address the legal basis for the Court's dismissal of Plaintiff's civil claims--Plaintiff makes no attempt to demonstrate that the Heck doctrine does not apply to bar his claims.  Accordingly, Plaintiff has not demonstrated that reconsideration is warranted.

Based upon the foregoing, it is HEREBY ORDERED that Plaintiff's motion for reconsideration is DENIED.

IT IS SO ORDERED.

Dated:   **April 21, 2014**

UNITED STATES MAGISTRATE JUDGE